IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN GALDO, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-5831 |
| | : | |
| PPL ELECTRIC UTILITIES CORPORATION | : : | |

**ORDER**

AND NOW, this 5th day of February, 2016, upon consideration of Defendant PPL Electric Utilities Corporation's (PPL) Motion for Summary Judgment and Plaintiffs' response thereto, following argument on the Motion on November 25, 2015, and for the reasons as set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 42) is DENIED in part and GRANTED in part as follows:

- The Motion is DENIED insofar as PPL seeks to decertify the collective class that was conditionally certified by stipulation of February 10, 2015. The Court certifies Plaintiffs as a collective class.

- The Motion is GRANTED insofar as PPL seeks summary judgment as to the Fair Labor Standards Act (FLSA) claim asserted by Plaintiffs William Clair, Kevin Ehritz, Harold Spiess, Jr., Kenneth Steward, and George Tenley. Judgment is entered in favor of PPL as to Clair, Ehritz, Spiess, Steward, and Tenley's FLSA claim only.

- The balance of the Motion is DENIED. This case shall proceed to trial on Clair, Ehritz, Spiess, Steward, and Tenley's Pennsylvania Minimum Wage Act (PMWA) claim and all claims raised by the remaining Plaintiffs on February 8, 2016, at 9:00 a.m. in Courtroom 11A.

BY THE COURT:


<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, J.