IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN GALDO, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-5831 |
| | : | |
| PPL ELECTRIC UTILITIES CORPORATION | : : | |

## **JUDGMENT**

AND NOW, this 26th day of August, 2016, following a bench trial on February 8, 2016-February 9, 2016, and for the reasons set forth in the accompanying Memorandum, it is ORDERED judgment is entered in the above-captioned case on all claims in favor of Defendant PPL Electric Utilities Corporation and against Plaintiffs William Clair, Jamie Connolly, John Doherty, Kevin Ehritz, Thomas Gurgick, Jr., George Knebel, Ricardo Maderas, Jr., Michael Murphy, Pamela Shinsky, Harold Spiess, Jr., Kenneth Steward, Gregory Tenley, and Stephaniejane Afalla (Villaneuva).

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


_Juan R. Sánchez_
Juan R. Sánchez, J.